# Mohrman, Kaardal & Erickson, P.A.

Attorneys and Counselors at Law

150 South Fifth Street
Suite 3100
Minneapolis, Minnesota 55402

Erick G. Kaardal                        Telephone: 612/465-0927
                                                                      Facsimile: 612/341-1076
                                                                 Writer's E-Mail: Kaardal@mklaw.com

January 19, 2026

Via ECF

Office of the Clerk
United States Court of Appeals for the Seventh Circuit
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn Street, Room 2722
Chicago, IL 60604

Re:     *Wisconsin Voter Alliance, et al. v. Don M. Mills, et al.*
        Case No. 25-1279

Dear Clerk of Court:

      The Appellants Wisconsin Voter Alliance, Ronald Heuer, and Kenneth Brown (WVA) submit this letter under Federal Rule of Appellate Procedure 28(j). The U.S. Supreme Court recently issued a decision in *Bost v. Illinois State Bd. of Elections*, No. 24-568, 2026 WL 96707 (U.S. Jan. 14, 2026) that sheds additional light upon Article III standing issues before this Court.

      The *Bost* Court held that candidates have a personal interest in rules governing counting of votes to support Article III standing to challenge vote-counting statutes. *Id.* at *3. Candidates, unlike a common competitor in the economic marketplace, have an interest in a "fair process" as they "seek to represent the people." *Id.* This parallels WVA's argument that the state agency's rules only affect complainants who filed a HAVA complaint, here, the WVA, not the general public. WVA Princ. Br. at 9, 27, 36. WVA's interest is in a "fair process" seeking administrative adjudicative relief as statutory law requires. *Id.*

      *Bost* also found candidates not only "have a concrete and particularized interest in the rules that govern the counting of votes in their elections" regardless of cost to their campaigns but, "[t]heir interest extends to the integrity of the election…." *Bost,* 2026 WL 96707, at *5. This too parallels WVA's arguments regarding the purpose of HAVA state processes to adjudicate complaints *about* irregularities in the election

January 19, 2026
Page 2

process; it relates to the integrity of elections and outcomes. *E.g.,* WVA Princ. Br. at 23. Irregularities in the election process undermines the confidence of the election results for which a HAVA complaint's purpose. HAVA and state statutory processes invite complaint to identify alleged election process issue or issues. And, a decision represents WVA's resolution of *its* complaint, a *prize* that cannot be severed from WVA's interest in the HAVA adjudicative process. *Bost,* 2026 WL 96707, at *3. (Candidates interest in "prize" to represent the people cannot be severed from interest in electoral process).

      WVA filed in federal court because of the WEC's non-decision violating state statutory law expending moneys to mitigate or avoid substantial risk of this harm" sufficient standing under *Bost. Id.,* at 5.

                                  Sincerely,

                                  */s/Erick G. Kaardal*

EGK/mg
cc:    Counsel of Record (via ECF)

## CERTIFICATE OF COMPLIANCE
## WITH FED. R. APP. P. 32 (g)

The undersigned certifies that the Supplemental Authority Letter submitted herein contains 349 words and complies with the type/volume limitations of the Federal Rules of Appellate Procedure 32(g). This Supplemental Authority Letter was prepared using a proportionally spaced typeface of 14-point. The word count is stated in reliance on Microsoft 365, the word processing system used to prepare this Supplemental Authority Letter.

       /s/Erick G. Kaardal
       Erick G. Kaardal

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: January 19, 2026       /s/Erick G. Kaardal
       Erick G. Kaardal